PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Andrew Smith  **Docket Number:** 94-00435-001
 **PACTS Number:** 9540

**Name of Sentencing Judicial Officer:** The Honorable Alfred M. Wolin. ~~Reassigned to the Honorable Stanley R. Chesler~~

**Date of Original Sentence:** 07/12/1995

**Original Offense:** Narcotics-Sell, Distribute, Or Dispense

**Original Sentence:** 144 months imprisonment, 8 years supervised release

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** March 4, 2005

**Assistant U.S. Attorney:** John Peter Suarez, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** George Somers, 315 Market Street, Trenton, New Jersey 08611, (609) 599-2244

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | According to criminal complaints received from Trenton Police Department, the offender did commit the crime of armed robbery upon the victim, Floyd Smith, in the course of committing a theft, specifically by striking the victim about the head and body with an unknown object, possibly a board, causing a fracture to his right arm and bleeding to his head. The offender did take $110 dollars from the victim during the robbery. |
| | The offender was arrested by Trenton Police on November 24, 2008, and charged with one count of Armed Robbery (1st Degree) and one count of Possession of a Weapon for Unlawful Purpose, possibly a board. |

PROB 12C - Page 2
Andrew Smith

He is presently incarcerated at the Mercer County Correctional Facility. The matter remains pending in Mercer County State Superior Court. Bail has been set at $100,000.

I declare under penalty of perjury that the foregoing is true and correct.

By: Edwin Vazquez
Senior U.S. Probation Officer
Date: December 4, 2008

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

December 15, 2008
Date