UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Crim. No. 94-435 (SDW)

v. : Hon. Susan D. Wigenton

ANDREW SMITH : ORDER

This matter having been opened to the Court on motion of the United States, by Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (Jennifer Davenport, Assistant United States Attorney), for an order pursuant to Title 18, United States Code, Section 3142 for the modification of bail conditions and for the removal of the electronic monitoring device presently assigned to Andrew Smith due to the dismissal of the state charges against Andrew Smith that served as a basis for the petition for the violation of supervised release; and for good cause shown;

IT IS, therefore, on this ____13th____ day of October, 2009,

ORDERED that the motion of the United States for an order for the modification of bail conditions is hereby GRANTED, and it is further

ORDERED, that the United States Probation Office remove the electronic monitoring device presently assigned to Andrew Smith.

HON. SUSAN D. WIGENTON
United States District Judge