PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Andrew Smith　　　　　　　　　　　　　　　Cr.: 94-00435-001
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PACTS #: 9540

Name of Sentencing Judicial Officer: The Honorable Alfred M. Wolin,  Reassigned to the Honorable Susan D. Wigenton, United States District Court Judge.

Date of Original Sentence: July 12, 1995

Original Offense: Distribution of Crack Cocaine

Original Sentence: 144 months imprisonment, 8 years supervised release

Type of Supervision: Supervised Release　　　　　　Date Supervision Commenced: March 4, 2005

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On August 25, 2011, the alleged victim in this case, Gifford Litchmore, went to Trenton Police Department and filed charges against the offender charging him with one count of Simple Assault. According to the Mr. Litchmore, the offender committed the act of Simple Assault by punching Litchmore in the face and neck causing him to fall to the ground and blackout. |
|  | A summons was issued in this case and a hearing is scheduled for September 26, 2011, in Trenton Municipal Court. |
|  | The offender immediately notified the probation office upon being served with the summons and he claims he was defending himself from attack and will fight these charges. |

U.S. Probation Officer Action:

The probation office does not wish to take action at this time. We will monitor the case and advise the Court of any outcome. The offender denies all charges and a hearing is scheduled for September 26, 2011, in Trenton Municipal Court.

　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　　　　　By: Edwin Vazquez
　　　　　　　　　　　　　　　　　　　　　　　　　Senior U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　　　　Date: September 16, 2011

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

Sept 23 2011
_____
Date